IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH VICENTE WINFIELD,
    Plaintiff,

vs.                                     Case No. 3:12cv368/MCR/CJK

GOVERNOR RICK SCOTT, et al.,
    Defendants.
_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 14, 2012 (doc. 14), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause was DISMISSED WITHOUT PREJUDICE by the plaintiff (*see* doc. 9, which the court has construed as a voluntary dismissal) and by operation of the rule. See Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The Clerk is directed to close the file.

DONE AND ORDERED this 15th day of January, 2013.

                              *M. Casey Rodgers*
                              M. CASEY RODGERS
                              CHIEF UNITED STATES DISTRICT JUDGE